IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYON, | No. C 08-1267 WHA (PR) |
| Petitioner, | **DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| TONY HEDGPETH, Warden, | |
| Respondent. | |

This case was opened when the court received a form habeas petition from petitioner. It did not carry a case number, so the clerk understandably treated it as a new case, but in fact it is a duplicate of the petition in C 08-0657 MJJ (PR). Presumably petitioner was trying to supply the court with an extra copy.

This case is **DISMISSED** without prejudice to petitioner pursuing his claims in the other case. Because this case was opened in error, no fee is due and petitioner need not respond to the clerk's notice filed March 4, 2008.

The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March   11  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\AYON1267.DISMISS.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,

        Plaintiff,

  v.

TONY HEDGPETH et al,

        Defendant.

Case Number: CV08-01267 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General's Office
455 Golden Gate Ave.
San Francisco, CA 94102

Jose Ayon
P-22590/ B6-111
Kern Valley State Prison
PO Box 6000
Delano, CA 93216

Dated: March 11, 2008

                                    Richard W. Wieking, Clerk
                                    By: Frank Justiliano, Deputy Clerk