IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYON, | No. C 08-1267 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| TONY HEDGPETH, Warden, | |
| Respondent. | |

    Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: March __11__, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.05\AYON1267.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,

          Plaintiff,

  v.

TONY HEDGPETH et al,

          Defendant.
_____/

Case Number: CV08-01267 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General's Office
455 Golden Gate Ave.
San Francisco, CA 94102

Jose Ayon
P-22590/ B6-111
Kern Valley State Prison
PO Box 6000
Delano, CA 93216

Dated: March 11, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk