TO: OFFICE OF THE CLERK
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

Dear Sir or Maam,

On 6-15-08 I'm sending this letter to the institution's trust account office with the withdrawal order of $5.00 to be sent as soon as possible to this court's clerk.
Case No. 3:08-cv-01267-WHA
Amount Owed: $5.00

Jose Ayon
P-22590 B-6-211
Kern Valley State Prison
P.O. Box 5102
Delano, CA. 93216

Dated: 6-15-08

Jose Ayon
P-22590 B-6-211
Kern Valley State Prison
P.O. Box 5102
Delano, CA. 93216

Kern Valley State Prison
Facility B, Building 6

9410 0283 6861 0004

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA. 94102